**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mesdrain MORFIN–MUNOZ,
Defendant–Appellant.**

No. 05–30580.

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 26, 2008.*

Filed March 6, 2008.

Office of the U.S. Attorney, Medford, OR, David L. Atkinson Fax, United States Attorney's Office, Portland, OR, Plaintiff–Appellee.

James F. Halley, Esq., Portland, OR, Defendant–Appellant.

Before: BEEZER, FERNANDEZ and McKEOWN, Circuit Judges.

## MEMORANDUM **

Mesdrain Morfin–Munoz appeals from the district court's determination, upon limited remand pursuant to *United States v. Ameline*, 409 F.3d 1073 (9th Cir.2005) (en banc), that it would not have imposed a materially different sentence under advisory Guidelines. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Morfin–Munoz contends that the district court erred by calculating his advisory Sentencing Guidelines sentence based on a quantity of methamphetamine that was neither admitted by him nor found by a jury beyond a reasonable doubt. We reject this contention because the district court was entitled to rely on facts it found by a preponderance of the evidence. *See United States v. Kilby*, 443 F.3d 1135, 1140 (9th Cir.2006).

The district court did not solicit the views of counsel before deciding whether to re-sentence Morfin–Munoz under *United States v. Ameline*, 409 F.3d 1073, 1085 (9th Cir.2005). This error requires us to re-remand the case for compliance with *Ameline*. *See United States v. Montgomery*, 462 F.3d 1067, 1069 (9th Cir.2006).

**REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

